```
                                    FILED
                        CLERK, U.S. DISTRICT COURT

                              JAN 12 2012

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | CASE NO. 12-76M |
| v. ) | |
| ) | ORDER OF DETENTION |
| PAULETTE ISAAS ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |
| Defendant. ) | |

## I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___S.D. CAL___ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ✓ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___NO BAIL RES___

1
2 _____
3 _____
4    and/or
5 B.  (✓)  The defendant has not met his/her burden of establishing by clear and
6    convincing evidence that he/she is not likely to pose a danger to the safety of
7    any other person or the community if released under 18 U.S.C. § 3142(b) or
8    (c). This finding is based on _____
9    _____NATURE OF ALLEG_____
10   _____
11   _____
12   _____
13
14   IT IS THEREFORE ORDERED that the defendant be detained pending
15   further revocation proceedings.
16
17
18   Dated:  1/12/12
19
20
21
22   MICHAEL R. WILNER
     UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28